# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RUSSELL MAURICE BRUE

VERSUS

LE TU TRAN BRUE

NO.  2026 CW 0580

**JULY 27, 2026**

---

In Re:     Le Tu Tran Brue, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           202215936.

---

**BEFORE:     PENZATO, GREENE, AND FIELDS, JJ.**

   **WRIT DENIED.**

                         **AHP**
                         **HG**
                         **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT